```
                                    FILED
                                  June 21, 2010
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                                   CALIFORNIA
                                  DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>v. )<br>)<br>YGNACIA BRADFORD, )<br>)<br>       Defendant. ) | Case No. 2:10CR00223-JAM-6<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __YGNACIA BRADFORD__, Case No. __2:10CR00223-JAM-6__, Charge __18USC § 371, 1341, 1014__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 21, 2010__ at __2:00 pm__.

                                        By   /s/ Gregory G. Hollows
                                               Gregory G. Hollows
                                               United States Magistrate Judge

Copy 5 - Court