**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**YGNACIA BRADFORD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 10-0223-JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO MODIFY CONDITION OF PRE-TRIAL RELEASE |
| YGNACIA BRADFORD, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Phillip A. Ferrari, Assistant United States Attorney, and Joseph J. Wiseman, attorney for Ygnacia Bradford, with the recommendation and approval of the Pre-Trial Officer, that that the conditions of Ygnacia Bradford's pre-trial release be modified so as to discontinue the condition that she participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by Pretrial Services.

Dated:  September 27, 2012        Respectfully submitted,

                                              By: /s/ Joseph J. Wiseman
                                              JOSEPH J. WISEMAN
                                              Attorney for Defendant
                                              YGNACIA BRADFORD

1  **Dated: September 27, 2012**

2                              **By:  /s/ Phillip A. Ferrari**

   **PHILLIP A. FERRARI**

3  **First Assistant U.S. Attorney**

   **Attorney for the United States**

4

5  **BENJAMIN B. WAGNER**

   **United States Attorney**

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
　　1477 Drew Avenue, Suite 106
　　Davis, California 95618
　　Telephone:　530.759.0700
　　Facsimile:　530.759.0800

**Attorney for Defendant**
**YGNACIA BRADFORD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 10-0223-JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO MODIFY CONDITION OF PRE-TRIAL RELEASE |
| YGNACIA BRADFORD, | |
| Defendants. | |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the Special Conditions of Pre-Trial Release be modified as follows:

Condition 12 requiring defendant to participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency is discontinued.  All other conditions of pre-trial release remain in force.

IT IS SO ORDERED.

Dated:  9/28/2012　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge