BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
TODD A. PICKLES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 10-223 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION RESCHEDULING |
| | ) | HEARING ON JUDGMENT AND |
| v. | ) | SENTENCE; [proposed] ORDER |
| | ) | |
| YGNACIA BRADFORD, | ) | |
| | ) | Date: August 27, 2013 |
| Defendant. | ) | Time: 9:45 a.m. |
| _____ | ) | Hon. John A. Mendez |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Ygnacia Bradford and her attorney, that the hearing on Judgment and Sentence, currently set for May 28, 2013, be VACATED, and that a hearing on Judgment and Sentence be set for August 27, 2013.  Ms. Bradford is still engaged in fulfilling obligations undertaken as part of her plea agreement. Further, the parties suggest the following schedule be implemented with respect to sentencing:

Hearing on Judgment and Sentence:        August 27, 2013
Formal Objections To PSR:                August 20, 2013
Final PSR Issued:                        August 6, 2013
Informal Objections to Draft PSR:        July 30, 2013

-1-

```
DATED: April 30, 2013          /s/ Philip Ferrari for
                              JOSEPH WISEMAN, ESQ.
                              Attny. for Ygnacia Bradford


DATED: April 30, 2013         BENJAMIN B. WAGNER
                              United States Attorney


                          By: /s/ Philip Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-10-0223 JAM |
| | ) | |
| Plaintiff, | ) | ORDER SETTING SENTENCING |
| | ) | SCHEDULE |
| v. | ) | |
| | ) | |
| YGNACIA BRADFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the request of the parties, the hearing on judgment and sentence currently set for defendant Ygancia Bradford on May 28, 2013, is hereby VACATED. The hearing on judgment and sentence shall occur on August 27, 2013, at 9:45 am, and the parties shall adhere to the following schedule:

| | |
|---|---|
| Hearing on Judgment and Sentence: | August 27, 2013 |
| Formal Objections To PSR: | August 20, 2013 |
| Final PSR Issued: | August 6, 2013 |
| Informal Objections to Draft PSR: | July 30, 2013 |

**IT IS SO ORDERED.**

DATED: 4/30/2013   /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE