**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**YGNACIA BRADFORD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 10-0223-JAM |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET JUDGMENT AND SENTENCING** |
| YGNACIA BRADFORD, ) | |
| Defendants. ) | |

    IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Phillip A. Ferrari, Assistant United States Attorney, and Joseph J. Wiseman, attorney for Ygnacia Bradford, that the Status Conference, scheduled for June 17, 2014, be vacated and the case be calendared for Judgment and Sentencing of Defendant Bradford, on August 26, 2014 at 9:30 a.m.

    It is further stipulated that the matter be referred to the Probation Department for an updated Presentence Investigation Report ("PSR") to be filed with the Court and served on the parities no later than August 5, 2014. Additionally, Counsel will provide the Probation Department with updated information for Defendant's Presentencing

report. The Defendant's formal objections to the Presentence Report and Sentencing Memorandum will be due to the Court by August 12, 2014.  The government's Reply or Statement of Non-opposition will be due to the Court by August 19, 2014.

Dated:  June 6, 2014                                  Respectfully submitted,

                                                          By: /s/ Joseph J. Wiseman
                                                          JOSEPH J. WISEMAN
                                                          Attorney for Defendant
                                                          YGNACIA BRADFORD

Dated:  June 6, 2014                                  By:  /s/ Phillip A. Ferrari
                                                          PHILLIP A. FERRARI
                                                          Assistant U.S. Attorney
                                                          Attorney for the United States

## ORDER

     GOOD CAUSE APPEARING, it is hereby ordered that the Status Conference scheduled for June 17, 2014 be vacated and the case be set for Judgment and Sentencing of Defendant Bradford on August 26, 2014 at 9:30 a.m. It is further ordered that the matter is referred to the Probation Department for the preparation of an updated Presentence Investigation Report to be filed with the Court and served on the parties no later than August 5, 2014. The Defendant's formal objections to the Presentence Report and Sentencing Memorandum will be due to the Court by August 12, 2014.  The government's Reply or Statement of Non-opposition will be due to the Court by August 19, 2014.

IT IS SO ORDERED.

Dated:  6/9/2014                                       /s/ John A. Mendez
                                                          HON. JOHN A. MENDEZ
                                                          United States District Court Judge