**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**YGNACIA BRADFORD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 10-0223-JAM |
|                Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER] TO RESCHEDULE JUDGMENT AND SENTENCING** |
| YGNACIA BRADFORD, ) | |
|                Defendants. ) | |

     IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Phillip A. Ferrari, Assistant United States Attorney, and Joseph J. Wiseman, attorney for Ygnacia Bradford, that Judgment and Sentencing of Defendant Bradford, scheduled for August 26, 2014, be vacated and rescheduled for October 7, 2014 at 9:30 a.m.

     The parties are entering this stipulation to provide Probation with enough time to complete the addendum to the final PSR and because of a conflict with Mr. Wiseman's schedule.

Dated: August 18, 2014  Respectfully submitted,

By: /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
YGNACIA BRADFORD

Dated: August 18, 2014  By: /s/ Phillip A. Ferrari
PHILLIP A. FERRARI
Assistant U.S. Attorney
Attorney for the United States

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that Judgment and Sentencing of Defendant Bradford be rescheduled for October 7, 2014 at 9:30 a.m.

IT IS SO ORDERED.

Dated: 8/20/2014  /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge