1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
3      **Davis, California 95618**
    **Telephone:   530.759.0700**
4      **Facsimile:    530.759.0800**

5  **Attorney for Defendant**
   **YGNACIA BRADFORD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR S 10-0223-JAM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **RESCHEDULE JUDGMENT AND** |
| | ) **SENTENCING** |
| YGNACIA BRADFORD, | ) |
| Defendants. | ) |

   IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Phillip A. Ferrari, Assistant United States Attorney, and Joseph J. Wiseman, attorney for Ygnacia Bradford, that Judgment and Sentencing of Defendant Bradford, scheduled for October 7, 2014, be vacated and rescheduled for October 14, 2014 at 9:30 a.m.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

The parties are entering this stipulation because of a conflict with Mr. Wiseman's schedule.

Dated: September 23, 2014        Respectfully submitted,

By: /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
YGNACIA BRADFORD

Dated: September 23, 2014        By: /s/ Phillip A. Ferrari
PHILLIP A. FERRARI
Assistant U.S. Attorney
Attorney for the United States

## PROPOSED ORDER

GOOD CAUSE APPEARING, it is hereby ordered that Judgment and Sentencing of Defendant Bradford be rescheduled for October 14, 2014 at 9:30 a.m.

IT IS SO ORDERED.

Dated: 9/24/2014                              /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge