**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**YGNACIA BRADFORD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 10-CR-0223 JAM |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER MODIFYING TERMS OF PRETRIAL RELEASE TO REMOVE DEFENDANT FROM PRETRIAL SERVICES SUPERVISION** |
| YGNACIA BRADFORD, et. al. ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Phillip A. Ferrari, Assistant U. S. Attorney, and YGNACIA BRADFORD ("Bradford") through undersigned counsel, Joseph J. Wiseman, that the conditions of Ms. Bradford's pretrial release be modified to remove her from pretrial supervision by the Eastern District Pretrial Services.

### BACKGROUND

On June 21, 2010, Ms. Bradford was arraigned on charges related to an alleged mortgage fraud scheme and pleaded not guilty.

Ms. Bradford was released on $100,000 unsecured bond. She was placed on pre-trial supervision. Since she lives in Oakland, California, the Pretrial Services Office in the Northern District of California supervised her as a courtesy to the local Eastern

District office.  Michael R. Evans, Ms. Bradford's Pretrial Services Officer has advised that she has been compliant since under supervision.

On December 11, 2012, Ms. Bradford pleaded guilty to one count of violation of 18 U.S.C. § 4, misprision of felony, pursuant to a plea agreement. She was released on the same conditions of pre-trial release. Her sentencing hearing is now set for October 14, 2014.

It has now been more than **four years** since Ms. Bradford was placed on pre-trial supervision and the parties are not aware of any issues with respect to Ms. Bradford's compliance during that time. Pretrial Services Officer Evans has indicated to the parties that he has no objection to the Court's removing Ms. Bradford from pretrial supervision. This is due to the fact that Ms. Bradford has successfully been on supervised release since June 2010; she initially self-surrendered; she has no prior criminal history; and she has appeared for every court appearance as ordered.

## **STIPULATION**

The United States of America, through its counsel, Phillip A. Ferrari and defendant, YGNACIA BRADFORD, through her counsel of record, Joseph J. Wiseman, upon the recommendation of Pretrial Services due to Ms. Bradford's record of compliance with the conditions of her pretrial release, stipulate that all conditions of Ms. Bradford's pretrial release and her supervision by Pretrial Services shall be terminated.  It is understood by the parties that the unsecured appearance bond previously posted by Rosette Johnson and Michael Bradford shall remain in effect and the United States passport hereto surrendered by Ms. Bradford shall remain in the custody of the Court.

Dated:  June 25, 2014

Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: ___/s/  Joseph J. Wiseman___
      JOSEPH J. WISEMAN

      Attorney for
      YGNACIA BRADFORD

Dated: June 25, 2014          Benjamin B. Wagner
                              United States Attorney

                              By: /s/ Phillip A. Ferrari
                                  PHILLIP A. FERRARI
                                  Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT the conditions of Defendant YGNACIA BRADFORD's pretrial release be hereby modified so as to remove her from pretrial supervision currently conducted through the Pretrial Services Office of the Eastern District of California. All other conditions of release shall remain in effect.

Dated:   September 26, 2014

                                  /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Court Judge