**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**   **530.759.0700**
   **Facsimile:**   **530.759.0800**

**Attorney for Defendant**
**YGNACIA BRADFORD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 10-0223-JAM |
| Plaintiff, ) | **APPLICATION FOR ORDER TO RETURN PASSPORT ORDER** |
| vs. ) | |
| YGNACIA BRADFORD, ) | |
| Defendant. ) | |

    Defendant, Ygnacia Bradford, by and through undersigned counsel, applies for an order from this court to release her passport, No. 454949, now held by the clerk of the court. It is requested that the passport be released to her attorney of record, Joseph J. Wiseman.

    Defendant has served her sentence imposed by the court and is currently on supervised release.

Dated: October 29, 2014           Respectfully submitted,

                                          WISEMAN LAW GROUP, P. C.
                                          By:   /s/ Joseph J. Wiseman
                                             JOSEPH J. WISEMAN
                                           Attorney for Defendant,
                                           YGNACIA BRADFORD

**ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that Ms. Bradford's passport be released to her attorney of record, Joseph J. Wiseman.

DATED:  11/3/2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge