BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 10-223 JAM |
| Plaintiff, | STIPULATION REGARDING RESTITUTION |
| v. | |
| YGNACIA BRADFORD, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate to the following restitution order.

The PSR prepared in this matter holds the defendant responsible for restitution relating to three claims by the FDIC (W. Burton Way, John Still Drive, and Evergreen Street). PSR, ¶ 26. The parties agree that this is appropriate. However, the parties also agree that the FDIC's claims should be reduced so that they do not include claims for fees and costs. This is consistent with the Court's rulings at the prior restitution hearing. Thus, the parties ask that restitution be ordered in the following amounts, to be owed jointly and severally with defendants Hoda Samuel and Charles Robert Maness (all three properties), Tracy Painter (W. Burton property), and Daniel Harrison (Evergreen property):

FDIC:

2309 W. Burton Way            $243,000

| | |
|---|---|
| 2305 John Still Drive | $172,000 |
| 2304 Evergreen Street | $157,000 |
| | FDIC Total:  $572,000 |

Restitution should be paid to the FDIC at the following address:

FDIC Restitution Payments

P.O. Box 971774

Dallas, TX 75397-1774

In light of this stipulation, the parties respectfully request that the restitution hearing set for January 6, 2015, be vacated.

IT IS SO STIPULATED.

Dated:  January 5, 2015
BENJAMIN B. WAGNER
United States Attorney

/s/ PHILIP A. FERRARI
PHILIP A. FERRARI
Assistant United States Attorney

Dated:  January 5, 2015
/s/  Philip Ferrari for
JOSEPH WISEMAN, Esq.
Counsel for Defendant
Ygnacia Bradford

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of January,  2015.  The hearing set for January 6, 2015, shall be vacated.  An amended Judgment will issue.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE